UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FREDDIE MAE SMITH GANDY, ET AL | CIVIL ACTION NO. 09-cv-0249 |
| VERSUS | JUDGE HICKS |
| REDMON OIL CO., INC., ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Redmon Oil Co., Inc. and Indigo Minerals, LLC removed this case based on an assertion of diversity jurisdiction, thus placing the burden on them to articulate facts that demonstrate the diversity of citizenship. Indigo Minerals, LLC has not properly alleged its own citizenship. The applicable rules are set forth in cases such as <u>Harvey v. Grey Wolf Drilling Co.</u>, 542 F.3d 1077 (5th Cir. 2008) and <u>Haddad v. Chesapeake Exploration, LLC</u>, 2008 WL 5172395 (W.D. La. 2008). Defendants are directed to file an Amended Notice of Removal by **March 20, 2009** that alleges with specificity the citizenship of each party, pursuant to the rules applicable to that party. Failure to do so may result in a remand for lack of establishment of subject-matter jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of February, 2009.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE